IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN EDWARD KUPLEN,            )
                               )
            Petitioner,        )
                               )
     v.                        )      1:14CV78
                               )
FRANK PERRY,                   )
                               )
            Respondent.        )

## ORDER

On November 4, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 13 and 14.) Petitioner timely filed objections (Doc. 15) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS HEREBY ORDERED** that Petitioner's pro se Motion to Alter and Amend Judgment (Doc. 10) and pro se Motion for Judicial Notice and to be Heard (Doc. 11) are **DENIED**.

This the 8th day of January, 2015.

_____
United States District Judge